UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDWEST ATHLETICS AND SPORTS ALLIANCE, LLC, | \| |
| Plaintiff, | \| CASE NO. 8:17-cv-00478 |
| vs. | \| |
| XEROX CORPORATION, | \| |
| Defendant. | \| |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING DEFENDANT'S RESPONSE**

COMES NOW the Defendant, Xerox Corporation., by and through its attorneys of record in the above matter, and move the Court for an order extending the time in which the Defendant must file an Answer or other responsive pleading in this case. In support of the motion, the Defendant states as follows:

1. The present deadline for Defendant to submit an Answer or responsive pleading is January 14, 2018;

2. The Defendant contacted and retained local counsel on Friday, December 15, 2017, and is currently seeking to retain lead patent litigation counsel;

3. The Defendant and counsel need additional time to review the matter prior to responding to the Plaintiff's Complaint;

4. Counsel for Plaintiff and counsel for Defendant have conferred, and Plaintiff does not object to the Defendant's motion to extend the deadline for the Defendant to answer or otherwise respond to February 5, 2018.

WHEREFORE, the Defendant respectfully requests the Court enter an order granting the Defendant until February 5, 2018, to file an Answer or other responsive pleading in the case.

        GOOSMANN LAW FIRM, PLC
        Attorneys for Xerox Corporation

BY:   */s/ Joel M. Carney*
      JOEL M. CARNEY, #21922
      JEANA L. GOOSMANN, #22545
      Goosmann Law Firm, PLC
      17838 Burke Street, Suite 250
      Omaha, NE 68118
      Tel: (402) 280-7648
      Fax: (402) 505-3967
      Email: CarneyJ@GoosmannLaw.com
           GoosmannJ@GoosmannLaw.com

**CERTIFICATE OF SERVICE**

I certify that on December 20, 2017, I electronically filed the foregoing DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING DEFENDANT'S RESPONSE with the Clerk of the Court using the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

      */s/ Joel M. Carney*
      Joel M. Carney, #21922

2