**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| MIDWEST ATHLETICS AND SPORTS ALLIANCE, LLC, | ) ) ) | CASE NO. 8:17-cv-00478 |
| Plaintiff, | ) ) | |
| Vs. | ) ) ) | **ENTRY OF APPEARANCE ON BEHALF OF XEROX CORP.** |
| XEROX CORPORATION, | ) ) ) | |
| Defendant. | ) | |

COMES NOW William J. Hale of Goosmann Law Firm, PLC, and enters his appearance as attorney of record on behalf of the above-named Defendant, Xerox Corporation, with reference to the above-entitled matter.

DATED this 9th day of January, 2018.

                GOOSMANN LAW FIRM, PLC,

BY:   */s/ William J. Hale*
        WILLIAM J. HALE, #26179
        Goosmann Law Firm, PLC
        17838 Burke Street, Suite 250
        Omaha, NE 68118
        Phone: (402) 280-7648
        Fax: (402) 505-3967
        Email: HaleW@GoosmannLaw.com
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on January 9, 2018, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

        */s/ William J. Hale*
        William J. Hale, #26179